UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IBRAHIM ABDALIBARRI (or ABDALBARRI),<br><br>              Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>              Defendants. | C23-5485 TSZ SKV<br><br>ORDER |

Having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, the service copy of which was returned as undeliverable, indicating that plaintiff is no longer in custody at the Pierce County Jail, the Court does hereby find and ORDER:

(1)    The Report and Recommendation, docket no. 5, is ADOPTED;

(2)    This case is DISMISSED without prejudice; and

(3)    The Clerk is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

Dated this 29th day of September, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1